Case 3:26-cv-01657-SFR Document 13 Filed 09/24/26 Page 2 of 2

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LRM LANDSCAPES LLC, ATTN: JOHANNAH MIGUEL REGISTERED AGENT
was received by me on *(date)* September 28,2026 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

XXX I served the summons on *(name of individual)* /at usual place of abode of Johannah Miguel, Registered Agent, who is designated by law to accept service of process on behalf of *(name of organization)* LRM LANDSCAPES LLC at 1 Beaver Brook Road, Unit 56 on *(date)* 09/28/2026 ; or Danbury, CT 06810 (who is duly authorized to accept service

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)* ______

**
My fees are $ 4.10 for travel and $ 163.00 for services, for a total of $ 167.10 .

I declare under penalty of perjury that this information is true.

Date: 09/28/2026

ABrown
Servers signature

Austin Brown, State Marshal
Printed name and title

1 Kennedy Ave, Danbury, CT
Servers address

**Breakdown of fees:

| | |
|---|---|
| Basic: | $ 50.00 |
| travel: | 4.10 |
| Prod. copies | 31.00 |
| Copies : | 31.00 |
| Rec'd via email | 50.00 |
| End; | 1.00 |
| Total | $ 167.10 |

Additional information regarding attempted service, etc: