**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LRM, Inc., | : | Case No.: 3:26-cv-01657-SFR |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| LRM Landscapes LLC, | : | |
| | : | |
| Defendant. | : | October 14, 2026 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of the Defendant, LRM Landscapes LLC.

**THE DEFENDANT,**
**LRM Landscapes LLC**

By: *<u>/s/ Julie V. Pinette</u>*

Julie V. Pinette ct30573
Hurwitz, Sagarin & Slossberg, LLC
135 Broad Street
Milford, CT 06460
Tel: 203-877-8000
Fax: 203-878-9800
Jpinette@hss.law

## CERTIFICATE OF SERVICE

I, Julie Pinette, hereby certify that on October 14, 2026, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's CM/ECF automated filing system.

*/s/ Julie V. Pinette*
Julie V. Pinette